1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant RAMIREZ-MARTINEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,           )   No. CR 13-00127 LHK
                                       )
11           Plaintiff,                )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING HEARING DATE
12 vs.                                 )   AND EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
13 DAVID RAMIREZ-MARTINEZ,             )
                                       )
14           Defendant.                )
                                       )
15 _____)

16      The defendant, David Ramirez-Martinez, represented by Assistant Federal Public

17 Defender Diana A. Garrido, and the government, represented by Special Assistant United States

18 Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the status

19 conference currently set for Wednesday, April 17, 2013 at 9:00 a.m., shall be continued to

20 Wednesday, June 5, 2013 at 9:00 a.m.

21      The continuance is requested to provide both defense counsel and the government with

22 additional time to review discovery and to negotiate an appropriate resolution. The continuance

23 would provide both parties with the reasonable time necessary for effective preparation. Further,

24 defense counsel is unavailable until June because she has been selected as an alternate juror in a

25 six week trial commencing April 16, 2013 in San Francisco. Accordingly, both parties

26 respectfully request that the time between April 17, 2013 and June 5, 2013 be excluded under the

Stipulation and [Proposed] Order
CR 13-00127 LHK                           1

1  Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2  Dated: April 15, 2013

3
4                                              STEVEN G. KALAR
                                               Federal Public Defender
5
                                                /s/
6                                              DIANA A. GARRIDO
                                               Assistant Federal Public Defender
7

8  Dated: April 15, 2013

9                                              MELINDA HAAG
                                               United States Attorney
10

11                                              /s/
                                               MEREDITH EDWARDS
12                                             Special Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the status conference set for April 17, 2013 be continued to June 5, 2013. The Court FURTHER ORDERS that the time between April 17, 2013 and June 5, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   4/16/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge