Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant David Ramirez-Martinez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID RAMIREZ-MARTINEZ,<br><br>Defendant | No. CR 13-0127 LHK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING<br>SENTENCING HEARING** |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set for sentencing on August 28, 2013 at 9:30 A.M. By this stipulation, the parties are jointly requesting that the hearing be moved to October 30, 2013 at 9:30 AM.

2. Current counsel was appointed to represent Mr. Martinez after Mr. Martinez had already entered an õopen pleaö to the Court. The entry of the plea and the change of counsel shortly thereafter was disturbing to Mr. Ramirez-Martinez, and it

became necessary to review various options and explore issues relating to this process. Those issues have now been resolved.

3. A continuance of this matter is necessary in order to complete the sentencing process and prepare the pre-sentence report. Counsel for Mr. Ramirez-Martinez has conferred with US Probation Officer Benjamin Flores, who has requested that the sentencing hearing be re-scheduled for the end of October. The government does not oppose Mr.Ramirez-Martinez's request for a continuance of the sentencing hearing.

4. For the above reason, the parties jointly request that the sentencing hearing set for August 28, 2013 be vacated, and that the hearing be continued to October 30, 2013 at 9:30 AM, and that the time between August 28 and October 30, 2013 be excluded from the speedy trial act for continuity and the effective preparation of counsel.

Respectfully submitted,

Dated: August 26, 2013      By:_____/s/_____
                              PETER A. LEEMING,
                              Attorney for DAVID RAMIREZ-MARTINEZ


                              /s/Meredith Edwards,
                              Meredith Edwards,
                              Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 8/27/13

_____
Hon. Lucy H. Koh
United States District Judge